IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02214-BNB

WILLIAM L. WRIGHT,

    Plaintiff,

v.

TOM CLEMENTS, et al.,

    Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff has filed a letter with the Court (ECF No. 9) requesting that the Court waive his payment of an initial partial filing fee, as directed in the September 12, 2012 Order. The request to waive the fee payment is **denied**. However, the Court will allow Plaintiff additional time to make the $2.00 payment or to show cause why he is unable to pay. Accordingly, it is

    ORDERED that **on or before November 12, 2012**, Plaintiff shall pay the initial partial filing fee of $2.00 or show cause why he has not assets and no means by which to payt he designated initial partial filing fee. In order to show cause, the plaintiff must submit a current certified copy of his trust fund account statement.

Dated: October 9, 2012