**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02214-CMA-MJW

WILLIAM L. WRIGHT,

    Plaintiff,

v.

HODGE, Dr.,
KATHLEEN BOYD, Nurse,
CAROL DANFORTH,
MICHAEL BERGONDO,
JUDY BEEMAN, and
PAULA FRANTZ, Dr.,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING MAY 13, 2013 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This case was referred to United States Magistrate Judge Michael J. Watanabe pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. (Doc. # 22.) On April 1, 2013, Judge Watanabe ordered Plaintiff to "show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) and/or D.C.COLO.LCivR 41.1 as against defendants [Michael] Bergondo and [Dr. Paula] Frantz for failure to serve and failure to prosecute." (Doc. # 35.) At the May 13, 2013 show cause hearing, Plaintiff "was still unable to provide the court with the addresses for these two defendants and did not show cause why the case should not be dismissed against them." (Doc. # 43 at 2.) Accordingly, Judge Watanabe issued a Recommendation, advising the Court to dismiss

all claims against Defendants Bergondo and Frantz without prejudice. (*Id.*) The Recommendation stated that "the parties have fourteen (14) days after service of this recommendation to serve and file specific written objections . . . with the District Judge assigned to the case." (*Id.* at 2-3.) Following the Recommendation, Plaintiff filed an objection on May 24, 2013. (Doc. # 48.)

When a magistrate judge issues a recommendation on a dispositive matter, Fed. R. Civ. P. 72(b)(3) requires that the district judge "determine de novo any part of the magistrate judge's [recommended] disposition that has been properly objected to." In conducting its review, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." *Id.*

In the instant case, Plaintiff does not properly object to any part of the Recommendation. Instead, he reiterates arguments that were raised before the Magistrate Judge at the time his Recommendation issued. Nonetheless, the Court has conducted a *de novo* review of this matter, including reviewing all relevant pleadings, the Recommendation, and Plaintiff's objection thereto. Based on this *de novo* review, the Court concludes that Judge Watanabe's Recommendation is correct and is not called into question by Plaintiff's objection.

Therefore, it is ORDERED that Plaintiff's objection (Doc. # 48) is OVERRULED, and the Court hereby ADOPTS and AFFIRMS the Recommendation of the United States Magistrate Judge (Doc. # 43) as an Order of this Court. Pursuant to the Recommendation, it is

FURTHER ORDERED that all claims against Defendants Bergondo and Frantz are DISMISSED WITHOUT PREJUDICE for failure of Plaintiff to serve them and to prosecute this case.

DATED:  June __10__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge