IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02214-CMA-MJW

WILLIAM L. WRIGHT,

Plaintiff(s),

v.

HODGE, Dr.,
KATHLEEN BOYD, Nurse, and
JUDGE BEEMAN,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion for an Order Compelling Discovery (Docket No. 53) is denied without prejudice.  Plaintiff makes no showing that he made these discovery requests and defendants failed to respond.  It appears that this motion may in fact be a discovery demand rather than a motion.

Date: August 22, 2013