IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02214-CMA-MJW

WILLIAM L. WRIGHT,

Plaintiff(s),

v.

HODGE, Dr.,
KATHLEEN BOYD, Nurse, and
JUDGE BEEMAN,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Motion to Vacate Final Pretrial Conference (Docket No. 61) is granted, and the Final Pretrial Conference set on November 12, 2013 at 9:30 a.m. is vacated and will be reset, if necessary, following a ruling on the pending dispositive motions (Docket Nos. 59 and 65).

      It is further ORDERED that the plaintiff's Motion for Appointment of Counsel (Docket No. 64) is denied as moot. As this court previously stated regarding plaintiff's similar motion filed in May (Docket No. 39), plaintiff's previous motion for appointment of counsel (Docket No. 26) was granted by this court on February 4, 2013 (Docket No. 28), to the extent that the Clerk of Court was directed to make a good faith effort to try to secure pro bono counsel for the plaintiff. As plaintiff was informed in that Order (Docket No. 28), the Order did not guarantee that a pro bono attorney will ultimately appear for the plaintiff.

Date: October 30, 2013