IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02214-CMA-MJW

WILLIAM L. WRIGHT,

Plaintiff(s),

v.

HODGE, Dr.,
KATHLEEN BOYD, Nurse, and
JUDGE BEEMAN,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment (Docket No. 68) is granted in part and denied in part. The motion is denied to the extent that the Plaintiff's motion for summary judgment (Docket No. 65) will not be stricken. The motion is granted to the extent that the Defendants' time to respond to that motion (Docket No. 65) shall begin to run from the date of this Minute Order.

Date: November 4, 2013