IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02214-CMA-MJW

WILLIAM L. WRIGHT,

Plaintiff(s),

v.

HODGE, Dr.,
KATHLEEN BOYD, Nurse, and
JUDGE BEEMAN,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion for Leave to File an Amended Complaint (Docket No. 72) is denied without prejudice.  Plaintiff has failed to comply with D.C.COLO.LCivR 15.1(b) which requires that he submit a copy of the proposed amended pleading which strikes through the text to be deleted and underlines the text to be added and does not incorporate by reference any part of the preceding pleading, including exhibits.  Rather, plaintiff merely asks "to file an amended complaint adding aditional [sic] information and claims."

Date: December 30, 2013