IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-02214-CMA-MJW

WILLIAM L. WRIGHT,

    Plaintiff,

v.

HODGE, Dr.,
KATHLEEN BOYD, Nurse, and
JUDY BEEMAN,

    Defendants.

## ORDER AFFIRMING MAY 16, 2014 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the May 16, 2014 Recommendation by United States Magistrate Judge Michael J. Watanabe (Doc. # 81) that this Court grant Defendants' Motion for Summary Judgment (Doc. # 59) and deny Plaintiff's Motion for Summary Judgment. (Doc. # 65.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 81 at 10.) Despite this advisement, no objections to Magistrate Judge Watanabe's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating

that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court has reviewed all the relevant pleadings concerning the Recommendation.  Based on this review, the Court concludes that Magistrate Judge Watanabe's analyses and recommendations are correct and that "there is no clear error on the face of the record."  Fed. R. Civ. P. 72, advisory committee's note.  Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Watanabe as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 81) is AFFIRMED and ADOPTED.  It is

FURTHER ORDERED that Defendants' Motion for Summary Judgment (Doc. # 59) is GRANTED.  It is

FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (Doc. # 65) is DENIED.  It is

FURTHER ORDERED that this case is DISMISSED.

DATED:  June   09  , 2014

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge