**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02214-CMA-MJW

WILLIAM L. WRIGHT,

    Plaintiff,

v.

HODGE, Dr.,
KATHLEEN BOYD, Nurse, and
JUDY BEEMAN,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Affirming the May 16, 2014 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on June 9, 2014 it is

    ORDERED that Defendants' Motion for Summary Judgment (Doc. # 59) is GRANTED. It is further

    ORDERED that Plaintiff's Motion for Summary Judgment (Doc. # 65) is DENIED. It Is further

    ORDERED that this case is DISMISSED. It is further

    ORDERED the that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 10th day of June, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas
Deputy Clerk